## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA,
## GREAT FALLS DIVISION

| | | |
|---|---|---|
| ROSS RICHARDSON, as court-appointed trustee on behalf of the St. Peter's Hospital Employee Welfare Plan and the Bozeman Deaconess Health Services Comprehensive Health and Welfare Plan, | § § § § § § § § § § | No. CV-19-65-GF-BMM  **ORDER GRANTING JOINT UNOPPOSED MOTION TO EXTEND NON-DISPOSITIVE PRETRAIL MOTION DEADLINE** |
| Plaintiff, | § § | |
| vs. | § § | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § | |
| Defendant. | § | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § | |
| Third-Party Plaintiff, | § § | |
| v. | § § | |
| DOES 1-10, | § § | |
| Third-Party Defendants. | § | |

Plaintiff ROSS RICHARDSON and Defendant TRAVELERS CASUALTY

AND SURETY COMPANY OF AMERICA having jointly moved to extend the

non-dispositive pretrial motion deadline to February 14, 2022, and good cause existing,

IT IS HEREBY ORDERED that all remaining pretrial motions, other than discovery motions and motions for summary judgment, shall be filed and fully briefed on or before February 14, 2022.

DATED this 15th day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court