IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROSS RICHARDSON, duly appointed trustee for the St. Peter's Hospital Employee Welfare Plan and the Bozeman Deaconess Health Services Comprehensive Health and Welfare Plan,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut insurance company,<br><br>Defendant. | Case No. 4:19-cv-00065-GF-BMM<br><br>**ORDER APPROVING UNOPPOSED MOTION FOR LEAVE TO FILE SETTLEMENT AGREEMENT UNDER SEAL** |

Plaintiff having file an Unopposed Motion for Leave to File the Settlement Agreement Under Seal, and good cause appearing: IT IS HEREBY ORDERED that the Mutual Release and Settlement Agreement may be filed under seal.

DATED this 17th day of February 2022.

_____
Brian Morris, Chief District Judge
United States District Court

1